# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| KIMOTHY K. ROSS | ) | Case No:  88-50005-3 |
| | ) | USM No:  10376-039 |
| Date of Previous Judgment:  7/11/1988 | ) | Patrick M. Cleary |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

        Upon motion of  ☑ the defendant  ❑ the Director of the Bureau of Prisons  ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
      ❑ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____360____ months **is reduced to** ____324 months____.

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: ____41____ | Amended Offense Level: ____39____ |
| Criminal History Category: ____III____ | Criminal History Category: ____III____ |
| Previous Guideline Range: ____360__ to __life__ months | Amended Guideline Range: ____324__ to __405__ months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❑ Other (explain):

## III.  ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated ____7/11/1988____ shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:  ____October 2, 2008____ | s/Paul D. Borman |
| | Judge's signature |
| | |
| Effective Date: _____ | Paul D. Borman, U.S. District Judge |
| (if different from order date) | Printed name and title |