**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KIMOTHY K. ROSS,                          Criminal No.  88-50005-3

    Plaintiff,                                HON. PAUL D. Borman

v

UNITED STATES OF AMERICA,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S
<u>MOTION TO CORRECT/REDUCE SENTENCE</u>**

On October 3, 2008, the Court entered an Order granting defendant a 36 month reduction in sentence pursuant to 18 USC § 5358(c)(2).  This reduced the sentence imposed by Judge Newblatt in July 1988 from 360 months to 324 months.

On October 14, 2008, defendant filed a Motion to Correct/Reduce Sentence.  On October 17, 2008, defendant filed a Supplement to that motion. Having read the pleadings, the Court concludes that there was no error in the resentencing process given the limited basis for the resentencing.

Accordingly, the Court denies defendant's Motion to Correct or Reduce Sentence.

    **SO ORDERED.**

                            S/Paul D. Borman_____
                            PAUL D. BORMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  February 9, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 9, 2009.

S/Denise Goodine
Case Manager